IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40041
Summary Calendar
_____

PHILLIP CHARLES MELONCON,

Plaintiff-Appellant,

versus

RICKY BLACKBURN, In his Official Capacity as
Chief Sheriff, Morris County, TX,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:95-CV-73
- - - - - - - - - -
August 26, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Ricky Charles Meloncon appeals the district court's order
granting the motion for summary judgment filed by the defendant,
Ricky Blackburn. Based upon a careful review of the record and
the briefs, we hold, for reasons expressed by the district court,
that the district court did not err in entering summary judgment
for Blackburn. In light of this holding, we need not consider
whether the district court abused its discretion in dismissing

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the complaint for failure to prosecute.

AFFIRMED.